```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

DIANA INOA-VELAZQUEZ,

                         Plaintiff,

       -against-

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

```
-----------------------------------------------------------------X
```

21-CV-00900 (PGG) (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022

**SARAH NETBURN, United States Magistrate Judge:**

      On March 8, 2021, this case was referred to me for a report and recommendation on any motion for judgment on the pleadings. In light of the recent extension in the briefing schedule for Plaintiff's motion for judgment on the pleadings, and in order to conserve resources and promote judicial efficiency, the parties are directed to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before me.

      If both parties consent to proceed before me, they are to file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge. If Judge Gardephe approves that form, all further proceedings will then be conducted before me.

      If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter no later than February 4, 2022, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.

The parties are free to withhold consent without negative consequences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   January 19, 2022
         New York, New York