UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIANA INOA-VELAZQUEZ,

                              **Plaintiff,**                          **21-CV-00900 (SN)**

              -against-                                          **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On March 15, 2022, the Court denied without prejudice Plaintiff's motion for an extension of time to file her motion for judgment on the pleadings and ordered the parties to meet and confer on a schedule that permits the motions to be fully briefed no later than July 15, 2022. ECF No. 24. The parties are ORDERED to file their briefing schedule no later than March 30, 2022, for Court approval.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      March 25, 2022
                 New York, New York