**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

DIANA INOA-VELAZQUEZ,

                      Plaintiff,                      21 **CIVIL** 900

          -v-                                  **JUDGMENT**

KILOLO KIJAZAKI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 2, 2022, the final decision of the Commissioner of Social Security is reversed and the above-captioned action is remanded under sentence four of 42 U.S.C. § 405(g).

**Dated:**  New York, New York
           August 2, 2022

                                                              **RUBY J. KRAJICK**
                                                                       _____
                                                                         **Clerk of Court**
                                  **BY:**        K. Mango
                                                                _____
                                                                         **Deputy Clerk**