UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIANA INOA-VELAZQUEZ,

                        Plaintiff,                        21-CV-00900 (SN)

       -against-                                  **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties are directed to meet and confer to address the plaintiff's motion for an award of attorneys' fees and costs in an effort to conserve judicial and attorney resources. By Monday, November 28, 2022, the government shall file either a stipulation regarding the motion, or an opposition to the plaintiff's motion. Any reply may be filed 14 days later.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 31, 2022
                New York, New York